IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| QUINTON ROATH, ) | |
| ) | |
| Plaintiff, ) | No. 3:17-cv-00995 |
| ) | |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Frensley |
| WILLIAM B. LEE, DAVID RAUSCH, ) | |
| JEFF LONG, ANDREA CLARK, JACK ) | JURY DEMAND |
| MORGAN, CITY OF FRANKLIN, DAVID ) | |
| ELLIOTT, JARRAD RIKAL, and ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE-DAVIDSON COUNTY, ) | |
| ) | |
| Defendants. ) | |

## METRO DEFENDANTS
## MOTION FOR A FINAL ORDER UNDER FED. R. CIV. P. 54(B)

Detectives David Elliott, Jarrad Rikal, and the Metropolitan Government ( collectively the "Metro Defendants") move this Court to enter an order that the portions of July 12, 2019 Order (Doc. No. 181) that dismisses all of the claims against the Metro Defendants is final under Fed. R. Civ. P. 54(b). The claims against the Metro Defendants are separate and independent from the remaining claims. Also, there is no just reason for delay as the claims against the Metro Defendants arise out of a completely different factual background. Furthermore, if Plaintiff appealed it would track the interlocutory appeal that Franklin Defendants Clark and Morgan's have filed. As set forth more fully in the accompanying memorandum of law, the Metro Defendants request that an order be entered to reflect that the dismissal of the claims against them is a final order, there being no just reason for delay.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
JON COOPER, #23571
DIRECTOR OF LAW

/s/ Melissa Roberge
Keli J. Oliver (#21023)
Melissa Roberge (#26230)
Assistant Metropolitan Attorneys
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

**Certificate of Service**

This is to certify that a copy of the foregoing has been forwarded via the court's ECF/CM system to:

| | |
|---|---|
| Jerry Gonzalez<br>Law Office of Jerry Gonzalez<br>8000 Highway 99, #456<br>Rockvale, Tennessee 37153 | Robert M. Burns<br>Austin C. Evans<br>Samantha A. Foster<br>Howell & Fisher PLLC<br>3310 West End Avenue, Suite 550<br>Nashville, TN 37203 |

Stephanie A. Bergmeyer
Dianna Baker Shew
Tennessee Attorney General's Office
PO Box 20207
Nashville, TN 37202

on this the 12th day of August, 2019.

/s/Melissa Roberge
Melissa Roberge